UNITED STATES of America,
Plaintiff–Appellee,

v.

**Zelman ROACH, a/k/a Zabo Roach,
a/k/a Zelman Rosch, Defendant–
Appellant.**

**No. 13–6035.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 2, 2013.

Zelman Roach, Appellant Pro Se. David Thomas Maguire, Elizabeth Wu, Assistant United States Attorneys, Michael C. Wallace, Sr., Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zelman Roach appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *United States v. Roach,* No. 3:05–cr–00207–JAG–1 (E.D.Va. Dec. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*